Nancy Isaacson, Esq.
Greenbaum, Rowe, Smith & Davis LLP
75 Livingston Ave., Suite 301
Roseland, NJ  07068-1698
(973) 535-1600
Attorneys for Nancy Isaacson,
  Chapter 7 Trustee

|                          x |                                            |
|----------------------------|--------------------------------------------|
| In re:                     | UNITED STATES BANKRUPTCY COURT             |
|                            | FOR THE DISTRICT OF NEW JERSEY             |
| STEPHENS, ROBERT W.        |                                            |
|                            | CASE NO. 13-33911/NLW                      |
|            Debtor          | Chapter 7                                  |
|                          x |                                            |

**NOTICE TO UNITED STATES TRUSTEE OF CHANGE OF
NO-ASSET CHAPTER 7 CASE TO ASSET CHAPTER 7 CASE**

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 Case:

NAME OF CASE:     STEPHENS, ROBERT W.

CASE NUMBER:     13-33911

AMOUNT OF FUNDS ON HAND:

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

ACTUAL VALUE:

ESTIMATED VALUE     UNKNOWN

OTHER INFORMATION RELATING TO STATUS OF CASE

SIGNATURE OF TRUSTEE:     */S/ Nancy Isaacson*

NAME OF TRUSTEE:          NANCY ISAACSON    DATED: 12/13/13

2265598.1