NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM, ROWE, SMITH & DAVIS LLP
75 Livingston Ave.
Roseland, New Jersey  07068-3701
(973) 535-1600
Proposed Attorneys for Nancy Isaacson,
  Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

----------------------------------------------X
In re:                                              :
                                                    :
STEPHENS, ROBERT W.            :     CASE NO. 13-33911/NLW
                                                    :
            Debtor.                          :     Chapter 7
----------------------------------------------X

**VERIFIED APPLICATION TO APPROVE EMPLOYMENT OF GREENBAUM
ROWE, SMITH & DAVIS LLP AS ATTORNEYS FOR THE CHAPTER 7 TRUSTEE**

TO:    THE HONORABLE NOVALYN L. WINFIELD
       UNITED STATES BANKRUPTCY JUDGE
       FOR THE DISTRICT OF NEW JERSEY:

The Application of Nancy Isaacson, Chapter 7 Trustee for the captioned Debtor, herein respectfully represents as follows:

1.   On October 31, 2013, the captioned debtor, filed a voluntary petition under title 11, Chapter 7, United States Code (the "Bankruptcy Code").

2.   Thereafter, I was appointed Chapter 7 Trustee.

3.   I desire that Greenbaum, Rowe, Smith & Davis LLP be retained as my attorneys for the Debtor's case to the date of this Application.

4.   I have selected Greenbaum, Rowe, Smith & Davis LLP as my attorneys primarily

2379491.1

because of Nancy Isaacson's experience and expertise in matters of this character and because I believe that she and the firm are particularly qualified to represent me in these proceedings.

5. The professional services that Greenbaum, Rowe, Smith & Davis LLP will render are as follows:

   a. To give me legal advice with respect to my duties in this case;

   b. To assist me in my investigation of the acts, conduct, assets, liabilities and financial condition of the Debtors and any other matters relevant to these proceedings;

   c. To prosecute any appropriate adversary proceedings; and

   d. To perform such other legal services as may be referred and be in the best interests of the Debtors' estate and creditors.

6. To the best of my knowledge, Greenbaum, Rowe, Smith & Davis LLP neither represents any other party in connection with this case nor holds or represents any interest adverse to the Debtors or its creditors and is a "disinterested person" pursuant to Section 101(14) of the Code.

7. No previous application for the relief requested herein has been made to this Court.

WHEREFORE, the Trustee prays that the Court approve the employment of the firm of

2379491.1

Greenbaum, Rowe, Smith & Davis LLP under a general retainer, to represent her in this case under Chapter 7 of the Bankruptcy Code, and that it grant such other and further relief as is just and proper.

/s/ Nancy Isaacson
Nancy Isaacson,
Chapter 7 Trustee

Dated:   December 13, 2013

## VERIFICATION PURSUANT TO 28 U.S.C. §1746

2379491.1

I, Nancy Isaacson, hereby certify under penalty of perjury that I have read the foregoing Application and the statements contained therein are true to the best of my knowledge, information and belief.

*/s/Nancy Isaacson*
NANCY ISAACSON

Dated: December 13, 2013

2379491.1