**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM ROWE SMITH & DAVIS
75 Livingston Ave.
Roseland, NJ 07068

In Re:

STEPHENS, ROBERT W.

Case No.: 13-33911

Judge: WINFIELD

Chapter: 7

Recommended Local Form:   ☐ Followed   ☑ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, _____Nancy Isaacson, Esq._____, is the (check all that apply):

   ☑ Trustee:   ☑ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

   ☐ Debtor:   ☐ Chap. 11   ☐ Chap. 13

   ☐ Official Committee of _____

2. The applicant seeks to retain the following professional __Kaston & Aberle__ to serve as (check all that apply):

   ☐ Attorney for:   ☐ Trustee   ☐ Debtor-in-Possession

   ☐ Official Committee of _____

☐ Accountant for: ☐ Trustee    ☐ Debtor-in-possession

☐ Official Committee of _____

☒ Other Professional:

☐ Realtor    ☐ Appraiser    ☒ Special Counsel

☐ Auctioneer ☐ Other (specify):_____

3. The employment of the professional is necessary because:
   of his experience litigating personal injury cases in New York state courts.

4. The professional has been selected because:
   he has represented the Debtor in his personal injury claim and is most familiar with the case.

5. The professional services to be rendered are as follows:
   represent the estate in Debtor's personal injury claim.

6. The proposed arrangement for compensation is as follows:
   contingency pursuant to the Retainer between Debtor and the Professional, a copy which is attached as Exhibit A, except if there is no recovery or insufficient recovery to cover payment of disbursements or expert witness fees advanced, such costs shall be waived by Special Counsel.

2

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   ☑ None

   ☐ Describe connection:_____

   _____

8. To the best of the applicant's knowledge, the professional (check all that apply):

   ☑ does not hold an adverse interest to the estate.

   ☑ does not represent an adverse interest to the estate.

   ☑ is a disinterested person under 11 U.S.C. § 101(14).

   ☑ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

   ☐ Other; explain:

   _____

   _____

   _____

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

   _____

   _____

   _____

3

Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:  12/19/13                              /s/ Nancy Isaacson
                                                      Signature of Applicant

                                                      NANCY ISAACSON
                                                      Name of Applicant

rev.6/1/06;jml